76 A.3d 535

Johnna SEETON, Petitioner

v.

John T. ADAMS, District Attorney of Berks County, (in his Official Capacity only), Respondent.

Supreme Court of Pennsylvania.

Sept. 24, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of September, 2013, the Petition for Allowance of Appeal is **DENIED.** The Petition for Leave to File a Supplemental Memorandum is dismissed as moot.

76 A.3d 535

COMMONWEALTH of Pennsylvania, Respondent

v.

Eddie EVANS, Petitioner.

Supreme Court of Pennsylvania.

Sept. 25, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of September, 2013, the Petition for Allowance of Appeal is **DENIED.** The Motion to Withdraw as Counsel is Dismissed as Moot.